UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DARRYL DOMINIC WOODFORD,

                    Plaintiff,

v.

GENESEE COUNTY JAIL, DEPUTY
OLSICK, DEPUTY FOSTER, and
DEPUTY ROBBINS,

                    Defendants.

_____/

Civil Action No. 24-10268

F. Kay Behm
United States District Judge

David R. Grand
United States Magistrate Judge

## ORDER DENYING PLAINTIFF'S MOTION TO COMPEL ANSWERS (ECF No. 31)

On January 31, 2024, plaintiff Darryl Dominic Woodford ("Woodford"), an incarcerated person, filed this civil rights action pursuant to 42 U.S.C. § 1983. (ECF No. 1). At the time of the events at issue in his complaint, Woodford was confined at the Genesee County Jail ("GCJ") in Flint, Michigan. (*Id.*, PageID.2). Pursuant to 28 U.S.C. § 636(b), all pretrial matters have been referred to the undersigned. (ECF No. 7).

In his complaint, Woodford brings claims against the GCJ and GCJ Deputies Olsick, Foster, and Minto (collectively, "Defendants'), alleging that they subjected him to cruel and unusual punishment, provided him inadequate medical care, were negligent, and violated his freedom of religion. (*Id.*, PageID.2-14). On August 15, 2025, Defendants filed a motion for summary judgment (ECF No. 28), which is now fully briefed.

On September 18, 2025, the Court docketed Woodford's response and exhibits to Defendants' dispositive motion, as well as his "Motion to Compel Answers." (ECF Nos.

31, 32, 33, 34).  In his motion to compel, Woodford indicates that he served requests for production of documents on Defendants on April 4, 2025, and July 4, 2025.  (ECF No. 31, PageID.248-49).   Although Woodford does not attach a copy of these requests for production or proof of service of the same, in his motion, he lists approximately twenty categories of documents he is seeking, including 245 separate segments of video, totaling 3,526 hours, from various dates (all of which are *after* the events at issue in this lawsuit), camera angles, and locations throughout the GCJ.  (*Id.*, PageID.253-65).  Woodford also seeks information that is sensitive and confidential, such as the social security numbers, addresses, and telephone numbers of all employees who worked on the fifth floor of the GCJ on October 6, 2024, April 23, 2025, and June 8, 2025 (again, none of which are the dates on which the events at issue in this lawsuit occurred).  (*Id.*, PageID.251).  Defendants maintain that much of the other information Woodford seeks is information that was provided in their initial disclosures, is in the possession of third parties, or is readily available to Woodford.  (ECF No. 35, PageID.343).

Moreover, in his motion to compel, Woodford does not indicate how the requested information is relevant to the arguments advanced by Defendants in their dispositive motion, nor does he argue that he requires the requested information in order to properly respond to Defendants' motion.  Indeed, the same day he filed the instant motion to compel, Woodford filed a response to Defendants' motion for summary judgment, as well as several exhibits, none of which give any indication that the materials he requests in the motion to compel are necessary to oppose Defendants' dispositive motion.  (ECF Nos. 32, 33, 34).

Thus, for all of the foregoing reasons, **IT IS ORDERED** that Woodford's Motion

to Compel Answers **(ECF No. 31)** is **DENIED**.


Dated: February 24, 2026                          s/David R. Grand
Ann Arbor, Michigan                               DAVID R. GRAND
                                                  United States Magistrate Judge


## **NOTICE TO THE PARTIES REGARDING OBJECTIONS**

The parties' attention is drawn to Fed. R. Civ. P. 72(a), which provides a period of fourteen (14) days from the date of receipt of a copy of this order within which to file objections for consideration by the district judge under 28 U.S. C. §636(b)(1).


## **CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on February 24, 2026.

                                                  s/Julie Owens
                                                  JULIE OWENS
                                                  Case Manager


3