UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DARRYL DOMINIC WOODFORD,                     Case No. 24-10268

      Plaintiff,                              F. Kay Behm
v.                                           United States District Judge

GENESEE COUNTY JAIL, *et al.*,               David R. Grand
                                             United States Magistrate Judge

      Defendants.

_____/

**OPINION AND ORDER ACCEPTING AND ADOPTING
THE MAGISTRATE JUDGE'S FEBRUARY 24, 2026
<u>REPORT AND RECOMMENDATION (ECF No. 38)</u>**

Currently before the court is Magistrate Judge David R. Grand's February 24, 2026 Report and Recommendation.  (ECF No. 38).  Magistrate Judge Grand recommends granting Defendants' motion for summary judgment in its entirety.  *Id*.  The court is fully advised in the premises and has reviewed the record and the pleadings.  Neither party has filed objections.  "[T]he failure to object to the magistrate judge's report[] releases the Court from its duty to independently review the matter."  *Hall v. Rawal*, 2012 WL 3639070 (E.D. Mich. Aug. 24, 2012) (citing *Thomas v. Arn*, 474 U.S. 140, 149 (1985)).  The court nevertheless agrees with the Magistrate Judge's recommended disposition.  Therefore, the Court **ACCEPTS** and **ADOPTS** the Magistrate Judge's Report and Recommendation (ECF

No. 38), **GRANTS** Defendants' motion for summary judgment (ECF No. 28) and

**DISMISSES** the complaint with prejudice.

      **SO ORDERED**.

Date: March 26, 2026                       s/F. Kay Behm
                                               F. Kay Behm
                                                 United States District Judge