UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DARRYL DOMINIC WOODFORD,                    Case No. 24-10268

    Plaintiff,                                F. Kay Behm
v.                                          United States District Judge

GENESEE COUNTY JAIL, *et al.*,               David R. Grand
                                            United States Magistrate Judge

    Defendants.
_____/

## JUDGMENT

In accordance with the Opinion and Order issued on March 23, 2026, the

case is **DISMISSED**.

    **SO ORDERED**.

Date: March 26, 2026                    s/F. Kay Behm
                                        F. Kay Behm
                                        United States District Judge

1